UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
HICKEY, DANIEL F                    §    Case No. 09-70165
HICKEY, CHRISTINE M                 §
                                    §
        Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/01/2010 in Courtroom 115,
            United States Courthouse
            211 S. Court St.
            Rockford, IL  61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: /s/ Daniel M. Donahue
                                            Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HICKEY, DANIEL F § Case No. 09-70165
HICKEY, CHRISTINE M §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,856.47 |
| and approved disbursements of | $ | 7.66 |
| leaving a balance on hand of[1] | $ | 6,848.81 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 1,435.65 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 1,350.00 | $ 51.97 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page: 2)

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,093.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Chase Bank USA NA | $ 3,715.31 | $ 593.89 |
| 000002 | CHASE BANK USA | $ 20,170.82 | $ 3,224.30 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 549.22 | $ 87.79 |
| 000005 | Roundup Funding, LLC | $ 537.19 | $ 85.87 |
| 000006 | Recovery Management Systems Corporation | $ 120.97 | $ 19.34 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 1              Date Rcvd: Jan 07, 2010
Case: 09-70165                Form ID: pdf006             Total Noticed: 31

The following entities were noticed by first class mail on Jan 09, 2010.
 db           +Daniel F. Hickey,    1060 Noelle Bend,    Lake In The Hills, IL 60156-5654
 jdb          +Christine M. Hickey,    2253 Dawson Lane,    Algonquin, IL 60102-5983
 aty          +Cynthia J Briscoe,    Briscoe Law Offices,    210 N Walkup Avenue,    Crystal Lake, IL 60014-4339
 aty           Daniel M Donahue,    P. O. Box 2903,    Rockford, IL   61132-2903
 tr            Daniel Donahue,    P O Box 2903,    Rockford, IL   61132-2903
13073084      +A T & T,    c/o LC Systems, INc,    P.O. Box 64437,    Saint Paul, MN 55164-0437
13073085      +Aurora Loan Services,    c/o Pierce & Assoc.,    1 N. Dearborn Ste 1300,    Chicago, IL 60602-4331
13724423      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13073086      +Chase,    P.O. Box 52195,    Phoenix, AZ 85072-2195
13073087      +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13706609       Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
13073089      +Chase Home Equity,    P.O. Box 24714,    Columbus, OH 43224-0714
13073090      +Chase Home Finance,    3415 Vision Dr,    Columbus, OH 43219-6009
13753981      +Chase Home Finance/Chase Finance,    8333 Ridgepoint Dr Flr 01,    Irving, TX 75063-5812
13073091      +Chase Home Mortgage,    P.O. Box 9001871,    Louisville, KY 40290-1871
13073092      +City of Chicago,    Dept. Water Mangmt,    P.O. Box 6330,    Chicago, IL 60680-6330
13073094      +Cook County Treasurer,    P.O. Box 4488,    Carol Stream, IL 60197-4488
13073096      +Homecoming Financial,    P.O. Box 9001719,    Louisville, KY 40290-1719
13073097      +Kelly & Diane Brandt,    8818 Meadowmont View Dr,    Charlotte, NC 28269-6191
13073099      +National City Bank,    400 W. Fourth St,    Royal Oak, MI 48067-2557
13073098      +National City Bank,    P.O. Box 856178,    Louisville, KY 40285-6178
13785513       PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
13077550      +Parlee Johnson,    Minnie Adolph,    5009 W Maypole,    Chicago, Il 60644-2529
13073100      +Parlee Johnson & Minnie Adolph,    5009 W. Maypole,    Chicago, IL 60644-2529
13073101      +Peoples Gas,    Chicago, IL 60687-0001
14871822      +Specialized Loan Servicing LLC,    8742 Lucent Blvd.,    Highland Ranch, CO 80129-2302
13073102      +Washington Mutual,    P.O. Box 78065,    Phoenix, AZ 85062-8065
13073103      +Washington Mutual Home Loans,    P.O. Box 9001123,    Louisville, KY 40290-1123
The following entities were noticed by electronic transmission on Jan 07, 2010.
13647974       E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2010 23:46:52     GE Money Bank,
                c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,    25 SE 2nd Avenue Suite 1120,
                Miami FL 33131-1605
14018786      +E-mail/PDF: rmscedi@recoverycorp.com Jan 07 2010 23:46:53      Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13841928       E-mail/PDF: BNCEmails@blinellc.com Jan 08 2010 02:13:27     Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 3
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*          Daniel Donahue,    P O Box 2903,    Rockford, IL   61132-2903
13073088*     +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13073093*     +City of Chicago,    Dept. Water Mangmt,    P.O. Box 6330,    Chicago, IL 60680-6330
13073095*     +Cook County Treasurer,    P.O. Box 4488,    Carol Stream, IL 60197-4488
13077549*     +Kelly & Diane Brandt,    8818 Meadowmont View Dr,    Charlotte, NC 28269-6191
                                                                                              TOTALS: 0, * 5
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 09, 2010**               **Signature:** _Joseph Speetjens_