## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HICKEY, DANIEL F | § | Case No. 09-70165 |
| HICKEY, CHRISTINE M | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 781,081.00 | Assets Exempt: 39,881.00 |
| Total Distributions to Claimants: 4,011.19 | Claims Discharged Without Payment: 89,202.97 |
| Total Expenses of Administration: 2,845.28 | |

3) Total gross receipts of $ 6,856.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,856.47 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 1,077,488.34 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 2,845.28 | 2,845.28 | 2,845.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 68,120.65 | 25,093.51 | 25,093.51 | 4,011.19 |
| **TOTAL DISBURSEMENTS** | **$ 1,145,608.99** | **$ 27,938.79** | **$ 27,938.79** | **$ 6,856.47** |

4) This case was originally filed under chapter 7 on 01/22/2009 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/16/2010           By:/s/DANIEL M. DONAHUE
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income tax refund | 1224-000 | 6,855.00 |
| Post-Petition Interest Deposits | 1270-000 | 1.47 |
| **TOTAL GROSS RECEIPTS** | | **$6,856.47** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Aurora Loan Services c/o Pierce & Assoc. 1 N. Dearborn Ste 1300 Chicago, IL 60602 | | 166,498.33 | NA | NA | 0.00 |
| Chase Home Equity P.O. Box 24714 Columbus, OH 43224 | | 78,319.14 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Home Finance 3415 Vision Dr Columbus, OH 43219 | | 236,288.53 | NA | NA | 0.00 |
| Chase Home Mortgage P.O. Box 9001871 Louisville, KY 40290 | | 198,954.49 | NA | NA | 0.00 |
| Cook County Treasurer P.O. Box 4488 Carol Stream, IL 60197 | | 919.55 | NA | NA | 0.00 |
| Cook County Treasurer P.O. Box 4488 Carol Stream, IL 60197 | | 1,574.30 | NA | NA | 0.00 |
| Homecoming Financial P.O. Box 9001719 Louisville, KY 40290 | | 59,869.00 | NA | NA | 0.00 |
| Washington Mutual Home Loans P.O. Box 9001123 Louisville, KY 40290 | | 300,065.00 | NA | NA | 0.00 |
| Washington Mutual P.O. Box 78065 Phoenix, AZ 85062 | | 35,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | $ 1,077,488.34 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 1,435.65 | 1,435.65 | 1,435.65 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 7.66 | 7.66 | 7.66 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 1,350.00 | 1,350.00 | 1,350.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 51.97 | 51.97 | 51.97 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,845.28 | $ 2,845.28 | $ 2,845.28 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| A T & T c/o LC Systems, INc P.O. Box 64437 Saint Paul, MN 55164 | | 633.88 | NA | NA | 0.00 |
| Chase P.O. Box 15153 Wilmington, DE 19886 | | 18,748.15 | NA | NA | 0.00 |
| Chase P.O. Box 15153 Wilmington, DE 19886 | | 3,521.31 | NA | NA | 0.00 |
| Chase P.O. Box 52195 Phoenix, AZ 85072 | | 3,063.00 | NA | NA | 0.00 |
| City of Chicago Dept. Water Mangmt P.O. Box 6330 Chicago, IL 60680 | | 331.60 | NA | NA | 0.00 |
| City of Chicago Dept. Water Mangmt P.O. Box 6330 Chicago, IL 60680 | | 380.27 | NA | NA | 0.00 |
| National City Bank 400 W. Fourth St Royal Oak, MI 48067 | | 795.09 | NA | NA | 0.00 |
| National City Bank P.O. Box 856178 Louisville, KY 40285 | | 39,500.00 | NA | NA | 0.00 |
| Peoples Gas Chicago, IL 60687 | | 1,147.35 | NA | NA | 0.00 |
| CHASE BANK USA | 7100-000 | NA | 20,170.82 | 20,170.82 | 3,224.30 |
| CHASE BANK USA NA | 7100-000 | NA | 3,715.31 | 3,715.31 | 593.89 |

UST Form 101-7-TDR (9/1/2009) *(Page: 6)*

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 549.22 | 549.22 | 87.79 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 120.97 | 120.97 | 19.34 |
| ROUNDUP FUNDING, LLC | 7100-000 | NA | 537.19 | 537.19 | 85.87 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 68,120.65 | $ 25,093.51 | $ 25,093.51 | $ 4,011.19 |

UST Form 101-7-TDR (9/1/2009) *(Page: 7)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-70165 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | HICKEY, DANIEL F | Date Filed (f) or Converted (c): | 01/22/09 (f) |
|  | HICKEY, CHRISTINE M | 341(a) Meeting Date: | 02/19/09 |
| For Period Ending: | 03/16/10 | Claims Bar Date: | 06/11/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1060 Noelle Bend, Lake in the Hills, IL | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 515 Oak, Elgin, IL | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 5009 W. Maypole, Chicago, IL | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 9315 Lyon, Chicago, IL | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Cash on hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. Checking Account | 2,281.00 | 0.00 | DA | 0.00 | FA |
| 7. Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Books, etc. | 200.00 | 0.00 | DA | 0.00 | FA |
| 9. Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 10. Income tax refund (u) | 0.00 | 6,855.00 |  | 6,855.00 | FA |
| 11. 2001 Ford Escape | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 2002 Volvo | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | 0.00 |  | 1.47 | FA |
| TOTALS (Excluding Unknown Values) | $781,081.00 | $6,855.00 |  | $6,856.47 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final report has been filed.

Initial Projected Date of Final Report (TFR): 10/01/09    Current Projected Date of Final Report (TFR): 01/06/10

Ver: 15.06b

LFORM1
UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

| Case No: | 09-70165 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | HICKEY, DANIEL F | Bank Name: | BANK OF AMERICA, N A. |
| | HICKEY, CHRISTINE M | Account Number / CD #: | *******1318 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5865 | | |
| For Period Ending: | 03/16/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/11/09 | 10 | DANIEL AND CHRISTINE HICKEY 1060 NOELLE BND LAKE IN THE HILLS, IL 60156-5654 | INCOME TAX REFUNDS | 1224-000 | 6,855.00 | | 6,855.00 |
| 03/31/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 6,855.03 |
| 04/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,855.18 |
| 05/29/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,855.35 |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 | | 7.66 | 6,847.69 |
| 06/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,847.86 |
| 07/31/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,848.03 |
| 08/31/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,848.20 |
| 09/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,848.37 |
| 10/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,848.54 |
| 11/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,848.71 |
| 12/18/09 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 6,848.81 |
| 12/18/09 | | Transfer to Acct #*******1541 | Final Posting Transfer | 9999-000 | | 6,848.81 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,856.47 | 6,856.47 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,848.81 | |
| Subtotal | 6,856.47 | 7.66 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,856.47 | 7.66 | |

Page Subtotals   6,856.47   6,856.47

Ver 15.06b

LFORM24 UST Form 101-7-TDR (9/1/2009) (Page: 9)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-70165 -MLB
Case Name: HICKEY, DANIEL F
HICKEY, CHRISTINE M
Taxpayer ID No: *******5865
For Period Ending: 03/16/10

Trustee Name: DANIEL M. DONAHUE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1541 GENERAL CHECKING

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/18/09 | | Transfer from Acct #*******1318 | Transfer In From MMA Account | 9999-000 | 6,848.81 | | 6,848.81 |
| 02/03/10 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,435.65 | 5,413.16 |
| 02/03/10 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,350.00 | 4,063.16 |
| 02/03/10 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 51.97 | 4,011.19 |
| 02/03/10 | 000103 | Chase Bank USA NA PO BOX 15145 Wilmington DE 19850-5145 | Claim 000001, Payment 16.0% | 7100-000 | | 593.89 | 3,417.30 |
| 02/03/10 | 000104 | CHASE BANK USA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000002, Payment 16.0% | 7100-000 | | 3,224.30 | 193.00 |
| 02/03/10 | 000105 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000004, Payment 16.0% | 7100-000 | | 87.79 | 105.21 |
| 02/03/10 | 000106 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000005, Payment 16.0% | 7100-000 | | 85.87 | 19.34 |
| 02/03/10 | 000107 | Recovery Management Systems Corporation For GE Money Bank dba LOWES CONSUMER 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Claim 000006, Payment 16.0% | 7100-000 | | 19.34 | 0.00 |

Page Subtotals    6,848.81    6,848.81

Ver: 15.06b

LFORM24 UST Form 101-7-TDR (9/1/2009) (Page: 10)

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-70165 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | HICKEY, DANIEL F | Bank Name: | BANK OF AMERICA, N.A. |
| | HICKEY, CHRISTINE M | Account Number / CD #: | *******1541 GENERAL CHECKING |
| Taxpayer ID No: | *******5865 | | |
| For Period Ending: | 03/16/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,848.81 | 6,848.81 | 0.00 |
| Less: Bank Transfers/CD's | 6,848.81 | 0.00 | |
| Subtotal | 0.00 | 6,848.81 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,848.81 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******1318 | 6,856.47 | 7.66 | 0.00 |
| GENERAL CHECKING - *******1541 | 0.00 | 6,848.81 | 0.00 |
| | 6,856.47 | 6,856.47 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 15.06b

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 11)

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number     4429751541
01 01 148 06 M0000 E#        8
Last Statement:   01/29/2010
This Statement:   02/26/2010

ESTATE OF
HICKEY, DANIEL F, DEBTOR
HICKEY, CHRISTINE M, DEBTOR
DANIEL M. DONAHUE - TRUSTEE
09-70165
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page     1 of    2

Bankruptcy Case Number: 0970165

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 01/30/2010 - 02/26/2010 | | Statement Beginning Balance | 6,848.81 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 8 | Amount of Checks | 6,848.81 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 8 | | |
| | | Service Charge | .00 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 100 | 1,435.65 | 02/04 | 9792331331 | 104 | 3,224.30 | 02/10 | 9592368740 |
| 101 | 1,350.00 | 02/04 | 9792331332 | 105 | 87.79 | 02/10 | 6492266814 |
| 102 | 51.97 | 02/04 | 9792331333 | 106 | 85.87 | 02/11 | 9792381596 |
| 103 | 593.89 | 02/18 | 9692314060 | 107 | 19.34 | 02/12 | 6792841580 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/29 | 6,848.81 | 6,848.81 | 02/12 | 593.89 | 593.89 |
| 02/04 | 4,011.19 | 4,011.19 | 02/18 | .00 | .00 |
| 02/10 | 699.10 | 699.10 | 02/26 | .00 | .00 |
| 02/11 | 613.23 | 613.23 | | | |

Recycled Paper